Shadale L. WILLIAMS, Plaintiff—Appellant,

v.

**M. YARBOROUGH; et al.,**
Defendants—Appellees.

No. 06–56054.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 19, 2008.

Shadale L. Williams, Delano, CA, pro se.

Rene L. Lucaric, Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Shadale L. Williams, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that prison officials violated his constitutional rights. We dismiss the appeal for lack of appellate jurisdiction.

We have an obligation to consider jurisdictional issues sua sponte. *See WMX Techs., Inc. v. Miller,* 104 F.3d 1133, 1135 (9th Cir.1997) (en banc). We have jurisdiction over only final orders of the district court. *See* 28 U.S.C. § 1291. Without the district court's certification pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, orders dismissing some but not all of the claims are not appealable final orders. *See Frank Briscoe Co. v. Morrison–Knudsen Co.,* 776 F.2d 1414, 1416 (9th Cir.1985). Here, the district court found that some of Williams' allegations were sufficient to state a claim. Accordingly, we lack jurisdiction to consider the appeal.

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.